ACCEPTED
01-14-01025-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/7/2015 4:04:13 PM
CHRISTOPHER PRINE
CLERK

12/24/2014 10:10:03 AM
Chris Daniel - District Clerk Harris County
Envelope No. 3588030
By: Phyllis Washington
Filed: 12/24/2014 10:10:03 AM

## NO. 2014-60091

| | | |
|---|---|---|
| MELIFERA PARTNERS, LLC,<br>MW REALTY GROUP, and<br>MELISSA WALTERS,<br>　　*Plaintiffs*,<br><br>v.<br><br>CAMERON NAMAZI,<br>Individually and in His Capacity<br>as Agent of MEGA SHIPPING,<br>LLC; ALI LAHIJANI,<br>Individually and in His Capacity<br>as Manager and/or Owner of<br>MEGA SHIPPING, LLC; and<br>MEGA SHIPPING, LLC.,<br>　　*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT<br>COURT OF<br><br><br>HARRIS COUNTY, TEXAS<br><br><br><br>157th JUDICIAL DISTRICT |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/7/2015 4:04:13 PM
CHRISTOPHER A. PRINE
Clerk

### DEFENDANTS ALI LAHIJANI AND MEGA SHIPPING, LLC'S NOTICE OF ACCELERATED INTERLOCUTORY APPEAL

1. Defendants Ali Lahijani and Mega Shipping, LLC (collectively "Defendants") desire to appeal from the **December 12, 2014**, denial (by order of the court) of their motion to dismiss plaintiffs' claims under the Citizens Participation Act, TEX. CIV. PRAC. & REM. CODE §27.001, *et. seq.* This notice of accelerated interlocutory appeal is filed within 20 days of the denial of Defendants' motion. TEX. R. APP. P. 26.1(b).

2. This is an expedited appeal. TEX. CIV. PRAC. & REM. CODE §27.008(b). "[A]ppeals required by statute to be … expedited … are accelerated appeals." TEX. R. APP. P. 28.1(a). This is not a parental-

termination case or child-protection case as defined by TEX. R. APP. P. 28.4. *See* TEX. R. APP. P. 25.1(d)(6).

3. Defendants appeal to either the First or Fourteenth Court of Appeals.

Respectfully submitted,

# HANSZEN✥LAPORTE

By: _____ /s/ Jeffrey L. Dorrell _____
Jeffrey L. Dorrell
State Bar No. 00787386
jdorrell@hanszenlaporte.com
Ciro J. Samperi
State Bar No. 24075006
csamperi@hanszenlaporte.com
11767 Katy Freeway, Suite 850
Houston, Texas 77079
Telephone: 713-522-9444
FAX: 713-524-2580

**ATTORNEYS FOR DEFENDANTS**
**ALI LAHIJANI AND MEGA SHIPPING, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on ____12-23____, 2014, a true and correct copy of the foregoing was sent by:

_____ Hand delivery
_____ Certified mail
__X__ Telephonic document transfer
_____ E-service in accordance with TEX. R. CIV. P. 21a(a)(1)

in accordance with TEX. R. CIV. P. 21a to the following counsel of record:

U. Lawrence Boze'
U. Lawrence Boze' & Associates, P.C.
2212 Blodgett
Houston, Texas 77004
713-520-0260
713-520-6194 (fax)

**ATTORNEY FOR PLAINTIFFS**


_____/s/ Jeffrey L. Dorrell_____.
JEFFREY L. DORRELL